**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON DIVISION**

IN RE:
Tucker, Ricky and Trina                                          10-51230
DEBTOR(S)

## APPLICATION FOR ATTORNEY'S FEES
\* \* \* \* \*

Charles E. Johnson, of Johnson and Engel, P.S.C., attorney for the Debtor(s) herein, hereby applies for the approval of attorney's fees with the unpaid balance to be paid through the Debtor(s) Chapter 13 Plan.

The following services have been performed for the Debtor(s), or will be performed at the appropriate time for the stated time spent or to be spent:

1. Initial phone call and scheduling of appointments ................................................ .5

2. Initial consultation and 3 follow ups ................................................................. 2.9

    1. Fill out intake sheet
    2. Presentation about bankruptcy
    3. Take financial statement
    4. Meet with attorney
        (1) Interview and investigation of facts
        (2) Counseling on alternative remedies available and consequences of bankruptcy
        (3) Discussion of attorney fees, USBC filing fees
        (4) Answer any questions regarding bankruptcy Debtor(s) had
    5. Retainer conference

3. Post sign-up setup ........................................................................................ .5

    1. Create electronic file
    2. Set-up account
    3. Set-up file

4. Paperwork review ....................................................................................... 4.0

    1. Copy documents
    2. Review booklet
    3. Review documents with client
    4. Send letter requesting any documents or information needed

5. Prepare petition ........................................................................................... 3.0

6. Review petition ............................................................................................. .4

7. Prepare plan .................................................................................................. .4

    1. Plan payment calculation

      2.     Prepare plan
      3.     Prepare Certificate of service

8. Prepare application for attorney fees ................................................................. .2

9. Petition and Plan review and signing with client ............................................. 2.0

10. Edit, review, and sign petition ......................................................................... .4

11. File petition with the Court .............................................................................. .5

12. Creditor notifications ...................................................................................... 1.0

13. Client notification of filing and case number (send petition and letter) ............. .3

14. Receive §341 Hearing date and Order to Debtor and execute .......................... 1.0

      1.     Pull and prepare file for §341 Hearing (copy documents for trustee)
      2.     Prepare packet for trustee
      3.     Additional documents letter to client

15. Attend §341 Hearing ....................................................................................... 2.0

16. Post §341 Hearing work/Pre Confirmation Hearing work ................................ .9

      1.     Additional documents needed letter
      2.     Correspondence to trustee/creditors
      3.     Prepare amended application for attorney fees and any other amendments

17. Confirmation hearing ..................................................................................... 2.5

      1.     Prepare file for confirmation hearing
      2.     Attend confirmation hearing (if necessary)
      3.     Service of Orders

18. Phone calls from creditors and client .............................................................. 1.5

      1.     Phone calls from client
      2.     Creditor calls (when/have they filed, do we represent, etc.)
      3.     Calls made from the time of retainment until case is closed

                                        TOTAL HOURS ......................... 24

        The Debtor(s) have agreed to pay a total of $3,000.00 for these services, which is a fair and reasonable fee, and to date have paid $1,500.00 leaving a remaining balance of $1,5 00.00.

        The Debtor(s) have agreed that the remaining balance of the attorney's fee may be paid through their Chapter 13 plan as an administrative expense.

        WHEREFORE, the Court is respectfully requested to enter an Order directing the payment of $1,500.00 to the undersigned counsel for the Debtor(s) as an administrative expense

in the Debtor(s) Chapter 13 plan.

        JOHNSON AND ENGEL, P.S.C.
        ATTORNEYS FOR DEBTOR(S)
        43 South Main Street
        Winchester, Kentucky 40391
        (859) 744-6415


        BY:    S/ Charles E Johnson


## NOTICE

If no objections are filed within a twenty one (21) day period after filing of this motion, then the Order granting this motion shall be entered.


## CERTIFICATE

This is to certify that a true and accurate copy of the foregoing Application has been electronically mailed to:

Hon. Beverly M. Burden, Trustee        Office of the U.S. Trustee
Post Office Box 2204        100 East Vine Street Ste 500
Lexington, Kentucky 40588-2204        Lexington, Kentucky 40507

and

TO ALL CREDITORS
    Dated: April 13, 2010

        BY:    _____
                    Charles E. Johnson